UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80925-CIV-DIMITROULEAS

STEVEN DEWEY KENNY,

    Plaintiff,

vs.

NORTH FLORIDA REGIONAL MEDICAL
CENTER, INC., and NATIONAL PATIENT
ACCOUNT SERVICE

    Defendants.
_____/

**ORDER REGARDING MOTION TO TRANSFER VENUE AND
MOTION FOR LEAVE TO AMEND COMPLAINT**

    THIS CAUSE is before the Court upon Plaintiff's Motion to Transfer Venue and Motion for Leave to Amend Complaint [DE 9], filed on September 23, 2011. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

    28 U.S.C. § 1391, the federal venue statute, determines the proper venue in this case. Under the relevant portion of that statute, § 1391(b)(2), venue is appropriate in a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred. In the present Motion, Plaintiff states that the Defendants were both doing business in the Northern District of Florida. Defendant North Florida Regional Medical Center, Inc. (NFRMC) stated in its Motion to Dismiss [DE 6] that venue in the Southern District of Florida was inappropriate because NFRMC is a "Florida corporation engaged in the business of offering access to healthcare services in Gainesville, Florida, where any and all services rendered by NFRMC would have occurred." Although the Plaintiff attempted, but was unable, to confer with opposing

counsel as required under Local Rule 7.1(a)(3), it appears to the Court that Plaintiff and at least one Defendant agree that the events giving rise to the claim occurred in the Northern District of Florida.  28 U.S.C. § 1391(b)(2) does not require the unanimous consent of all defendants regarding venue; rather, only a substantial part of the events giving rise to the claim need to have occurred in that judicial district for venue to be proper there.

Accordingly, it is **ORDERED AND ADJUDGED** that if there is no response in opposition to the Motion to Transfer Venue and Motion for Leave to Amend Complaint [DE 9] by **October 7, 2011**, this Court will grant in part the Motion by transferring this case to the Northern District of Florida.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 28th day of September, 2011.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record